# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE GOMEZ,<br><br>           Petitioner,<br><br>    v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>           Respondent. | Case No. EDCV 18-2446-JVS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 11, 2019

                                                        JAMES V. SELNA<br>
                                        UNITED STATES DISTRICT JUDGE